ACCEPTED
03-15-00505-CV
8070990
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/3/2015 11:45:32 AM
JEFFREY D. KYLE
CLERK

IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/3/2015 11:45:32 AM
JEFFREY D. KYLE
Clerk

## No. 03-15-00368-CV

**Laura Pressley,**

*Appellant,*

v.

**Gregorio "Greg" Casar,**

*Appellee.*

## No. 03-15-00505-CV

**David Rogers,**

*Appellant,*

v.

**Gregorio "Greg" Casar,**

*Appellee.*

## MOTION TO EXTEND TIME
## TO FILE APPELLEE'S BRIEFS

TO THE HONORABLE THIRD COURT OF APPEALS:

The deadlines to file Appellee's briefs in both of the above-styled appeals run from the filing of the Appellant's brief in No. 03-15-00505-CV. Appellant David Rogers filed his brief in No. 03-15-505-CV on October 27, 2015, and Appellee's briefs for both appeals currently are due on December 16, 2015. Pursuant to Rule

10.5(b) and Rule 38.6 of the Texas Rules of Appellate Procedure, Appellee files this motion and asks for a thirty (30) day extension of time by which to file his briefs. Granting this motion would make the briefs due on January 15, 2016.

This request is not made for the purpose of delay, but instead is necessary to allow Appellee's appellate counsel, Kurt Kuhn, adequate time to properly prepare the briefs. Appellants have filed separate briefs in these consolidated appeals, which combined amount to 86 pages of briefing and hundreds of pages more in attachments. The records in these cases total almost 14,000 pages. Appellants have purported to raise at least 14 different issues for review. Mr. Kuhn was not primary counsel in the trial court and needs additional time to familiarize himself with the entire record and all of the issues briefed. Mr. Kuhn also has several other matters that have and continue to consume his docket, including:

- Preparing a petition for review in No. 15-0725, *Debra Hren v. Recruiting Partners GP, Inc. d/b/a Kinney Recruiting, Inc.,* due on December 4, 2015.

- Preparing an amicus brief in No. 15-0523; *ACE Cash Express, Inc. v. The City of Denton, Texas;* in the Texas Supreme Court;

- Preparing an amicus brief in No. 14-0743; *Southwest Royalties, Inc. v. Hegar*; Supreme Court of Texas; and

- Preparing a Reply in Support of Petition for Review in No. 15-0504; *Arbor Windsor Court, Ltd., v. Weekley Homes, L.P.;* Supreme Court of Texas.

Finally, Appellee's counsel has prior family and community commitments over the Christmas holiday season. Appellee's counsel needs the full 30-day extension sought

in this motion because any lesser extension would make it difficult to fully review and brief all of the issues raised.

This is the second extension requested by Appellee. Appellant Pressley's counsel, Mark Cohen, previously sought three separate extensions of time for filing Pressley's brief in this appeal—two of which were granted and one of which was returned as premature. Appellant David Rogers previously sought one additional extension of time. Appellee's counsel did not oppose any of the four extensions sought by Appellants. At the time Appellants received their multiple extensions, Appellee's counsel told opposing counsel that the extensions Appellants sought would likely make necessary both extensions sought by Appellee because of prior existing work conflicts. Opposing counsel indicated that they understood and never raised any prior opposition to Appellee seeking the relief sought in this motion. In fact, before Pressley's counsel, Mr. Cohen, filed his third motion for extension of time, in conferring with opposing counsel Cohen expressly stated that he would "extend similar courtesies if requested." Mr. Cohen's email stated:

> I need to impose on your good graces one more time. I underestimated the time I needed for the last extension and I am requesting one more extension until September 18. Attached is the Motion I want to file . [sic] I need to know if you are opposed to granting it as soon as possible [sic] Thanks again and of course I will extend similar courtesies if requested.[1]

---

[1] A true and correct copy of Cohen's Sept. 2, 2015 email, as well as Appellee's counsel's response, is attached as Tab A.

Again, Appellee's counsel did not oppose the extension that Appellant Pressley sought for her own briefing deadline.

In preparing to file this motion, Appellee's counsel conferred with Appellants' counsel. Appellant David Rogers indicated that he did not oppose the granting of the relief sought in this motion. Appellant Pressley's counsel, Mr. Cohen, responded that he did not have permission to consent to it.

Neither the Court nor any party will be prejudiced by the granting of this motion. This extension is not sought for the purposes of delay, but to allow Appellee's counsel adequate time to fully brief the issues for the Court. Through this lawsuit, Pressley does not seek simply to void the true and fair results of one particular election without any evidence to raise any question as to the outcome of the voting. Instead, Pressley's lawsuit also seeks an improper holding that would call into question and open up to litigation the results of every election that incorporates electronic voting, absent any sign or evidence that the results were not true and correct. Appellee's counsel needs the 30-day extension sought to properly and fully brief this important case for the Court's review.

**Prayer**

For these reasons, Appellee asks for an additional thirty (30) days to file his briefs, extending the time until January 15, 2016.

Dated:   December 3, 2015                Respectfully submitted,


                                         By:/s/Kurt Kuhn

Charles Herring, Jr.                     Kurt Kuhn
State Bar No. 09534100                   State Bar No. 24002433
cherring@herring-irwin.com               kurt@kuhnhobbs.com
Lauren Ross                              Lisa Bowlin Hobbs
State Bar No. 24092001                   State Bar No. 24026905
laurenbross@herring-irwin.com            lisa@kuhnhobbs.com
HERRING & PANZER, L.L.P.                 KUHN HOBBS PLLC
1411 West Avenue, Suite 100              3307 Northland Drive, Suite 310
Austin, Texas  78701                     Austin, Texas  78731-4946
(512) 320-0665                           (512) 476-6005
(512) 519-7580 (fax)                     (512) 476-6002 (fax)

                                         Jessica Palvino
                                         State Bar No. 24048780
                                         jpalvino@mcginnislaw.com
                                         MCGINNIS, LOCHRIDGE & KILGORE, LLP
                                         600 Congress Avenue, Suite 2100
                                         Austin, Texas  78701
                                         (512) 495-6079
                                         (512) 505-6379 (fax)

*Counsel for Appellee*

## CERTIFICATE OF CONFERENCE

Pursuant to Texas Rule of Appellate Procedure 10.1, I hereby certify that I conferred with Appellant David Rogers and counsel for Appellant Laura Pressley, Mark Cohen, regarding this motion. Mr. Rogers indicated that he was unopposed to the granting of the relief sought in this motion. Mr. Cohen responded that he did not have permission to consent to it.

/s/ Kurt Kuhn
Kurt Kuhn

## CERTIFICATE OF SERVICE

I hereby certify that, on December 3, 2015, I served electronically a copy of this motion on counsel of record as listed below:

Mark Cohen
805 West 10th Street, Suite 100
Austin, Texas 78701
mark@cohenlegalservices.com

David Rogers
Law Office of David Rogers
1201 Spyglass Suite 100
Austin, TX 78746
Firm@DARogerslaw.com

/s/ Kurt Kuhn
Kurt Kuhn

# Tab A

| | |
|---|---|
| **From:** | Kurt Kuhn <Kurt@KuhnHobbs.com> |
| **Sent:** | Wednesday, September 02, 2015 11:25 AM |
| **To:** | 'Mark Cohen' |
| **Subject:** | RE: pressley/Casar |

No problem, I don't oppose.

**Kurt Kuhn**
3307 Northland Drive, Suite 310  |  Austin, Texas 78731
512.476.6005 direct  |  512.476.6002 fax
Kurt@KuhnHobbs.com  |  www.KuhnHobbs.com



**APPEALS AND ADVANCED MOTIONS**

---

**From:** Mark Cohen [mailto:mark@cohenlegalservices.com]
**Sent:** Wednesday, September 02, 2015 11:19 AM
**To:** 'Kurt Kuhn' (Kurt@KuhnHobbs.com) <Kurt@KuhnHobbs.com>
**Subject:** pressley/Casar

I need to impose on your good graces one more time. I underestimated the time I needed for the last extension and I am requesting one more extension until September 18. Attached is the Motion I want to file . I need to know if you are opposed to granting it as soon as possible
Thanks again and of course I will extend similar courtesies if requested.

**Mark Cohen**
**805 W. 10th Street, Suite 100**
**Austin, Tx. 78701**
**512-474-4424**
**512-472-5444 (f)**
Mark@cohenlegalservices.com
www.CohenLegalServices.com

**Everyone needs a break for peace of mind- especially those involved with the legal system.**
**Rent our Villa with pool in Playa Del Carmen near the beach and town.**
**Need a vacation?** see http://villaalegreplaya.com and http://www.steinhardt.us/villaalegre/

CONFIDENTIALITY NOTICE
The information contained in this message may be privileged and confidential and protected from disclosure.If the reader of this message is not theintended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination,distribution or copying of thiscommunication is strictly prohibited. If you have received this communicationin error, please notify us immediately by replying to the message and deleting it from your computer.

TREASURY DEPARTMENT CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.